UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATLANTIC SOUNDING CO., INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1779** |
| **EARL PENN** | **SECTION "N" (3)** |

### O R D E R

The Court, after considering the parties' submissions regarding defendant's application for attorney's fees, the entirety of the record, the applicable law, the Magistrate Judge's Report and Recommendation [Doc. #40] and the absence of any objections thereto, hereby approves the aforesaid Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Atlantic Sounding Co., Inc.'s Motion for Attorneys' Fees and Taxation of Costs [Doc. #22] is hereby DENIED.

New Orleans, Louisiana, this 21st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE